**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                     **Plaintiff,**<br><br>     v.<br><br>**NATIONWIDE CONNECTIONS, INC., ET AL.**<br><br>                     **Defendants.** | 1:07-mc-00219-JDB |

**STIPULATION REGARDING RESPONSE TO**
**ROBERT J. KATT'S MOTION TO QUASH**

It is hereby STIPULATED AND AGREED by and between Robert J. Katt, proceeding *pro se*, and counsel for Defendants Billing Concepts, Inc. ("BCI"), ACI Billing Services, Inc., d/b/a OAN ("ACI"), and BSG Clearing Solutions North America, that the parties are attempting to resolve their differences related to the subpoena *duces tecum* directed to Mr. Katt without the further involvement of the Court and that no response to Mr. Katt's Motion to Quash need be filed until such time as the parties have had an opportunity to attempt to resolve their differences. The parties will update the Court on their progress on or before June 13, 2007, at which time the parties will agree on a response date.

DATED: June 4, 2007

[signatures on following page]

/s/ Kristen C. Limarzi

Kevin M. Dinan (DC Bar # 406627)
(kdinan@kslaw.com)
Kristen C. Limarzi (DC Bar # 485011)
(klimarzi@kslaw.com)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706
Tel.: (202) 737-0500
Fax: (202) 626-3737
*Counsel for Billing Concepts, Inc. ("BCI"), ACI Billing Services, Inc., d/b/a OAN ("ACI"), and BSG Clearing Solutions North America*

/s/ Robert J. Katt

Robert J. Katt, *pro se*
(rkatt@mindspring.com)
1400 South Joyce Street
Apartment 1219
Arlington, VA 22202-1849
Tel.: (703) 486-0075
Fax: (703) 486-0075

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2007, I served the following document on counsel and parties to this case identified on the attached Service List, either via email or via first class mail.

                                      /s/ Carolyn Tapie

**Via Email and U.S. Mail**

Robert J. Katt, *pro se*
(rkatt@mindspring.com)
1400 South Joyce Street
Apartment 219
Arlington, VA 22202
703-486-0075

**Via Electronic Mail**

| | |
|---|---|
| Laura M. Kim, Esq. | Jeffrey Schneider, Esq. |
| lkim@ftc.gov and ereid@ftc.gov | JCS@tewlaw.com |
| Michael J. Davis, Esq. | Michelle Visiedo-Hidalgo, Esq. |
| mdavis@ftc.gov | mtv@tewlaw.com |
| Collot Guerard, Esq. | Tew Cardenas LLP |
| Cguerard@ftc.gov and cguerard@comcast.net | Four Seasons Tower, 15th Floor |
| Lisa Fialco, Esq. | 1441 Brickell Avenue |
| lfialco@ftc.gov | Miami, FL  33131-3407 |
| Federal Trade Commission | Telephone:  305-539-2481 |
| 600 Pennsylvania Avenue, N.W., Room 288 | Facsimile:  305-536-1116 |
| Washington, DC  20580 | *Attorneys for Receiver David R. Chase* |
| Telephone:  202-362-3734 | |
| Facsimile:  202/326-3395 | |
| *Attorneys for the Federal Trade Commission* | |
| | |
| Mark D. Johnson, Esq. | Gary M. Dunkel, Esq. |
| markdjohnsonpa@bellsouth.net | dunkelg@gtlaw.com |
| 10 Central Parkway, Suite 210 | Greenburg Traurig |
| Stuart, FL  34994 | 777 S. Flagler Drive, Suite 300E |
| Telephone:  772-223-7700 | West Palm Beach, FL  33401 |
| Facsimile:  772-223-1177 | Telephone:  561-650-7900 |
| *Attorney for Defendants Yaret Garcia, Qaadir Kaid, and Erika Riaboukha* | Facsimile:  561-655-6222 |
| | *Attorney for BHD/WEB, LLC* |

Thomas G. Long, Esq.
tlong@barnettbolt.com
Hildegund P. Wanders, Esq.
hwanders@barnettbolt.com
Barnett, Bolt, Kirkwood, Long
601 Bayshore Blvd., Suite 700
Tampa, FL 33606
Telephone: 813-253-2020
Facsimile: 813-251-6711
*Attorneys for BMW Financial Services*

Diane Noller Wells, Esq.
dwells@devinegoodman.com
Devine Goodman Pallot & Wells, P.A.
777 Brickell Avenue, Suite 850
Miami, FL 33131
Telephone: 305-374-8200
Facsimile: 305-374-8208
*Attorney for Second Churchill Way, LLC*

Steve Lancellotta, Esq.
slancellotta@tighepatton.com
Richard Gordin, Esq.
rgordin@tighepatton.com
Neal Goldfarb, Esq.
ngoldfarb@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202-565-2881
Facsimile: 202-454-2805
*Attorneys for Defendant The Billing Resource, d/b/a Integretel*

Michael Woodbury, Esq.
Michael.woodbury@woodbury-santiago.com
Woodbury & Santiago, P.A.
Two Datran Center - Penthouse 1A
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: 305-669-9570
Facsimile: 305-669-8616
*Attorney for Grunspan Trust, et al.*

Jerry M. Markowitz, Esq.
jmarkowitz@mdrtlaw.com
Ross R. Hartog, Esq.
rhartog@mdrtlaw.com
Two Datran Center, Suite 1225
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: 305-670-5000
Facsimile: 305-670-5011
*Attorneys for First Churchill Way, LLC*

Martin John Alexander
marty.alexander@hklaw.com
Scott B. Newman, Esq.
scott.newman@hklaw.com
Holland & Knight
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401
Telephone: 561-650-8036
Facsimile: 561-650-8399
*Attorneys for Defendant The Billing Resource, d/b/a Integretel*

Chad A. Dean, Esq.
chad@schuylaw.com
118 W. Adams Street, #800
Jacksonville, FL 32202
Telephone: 904-353-5884
Facsimile: 904-353-5994
*Attorney for Primus Automotive Financial Services and Ford Motor Credit Co.*

Robert M. Weinberger, Esq.
rmw@fcohenlaw.com
Cohen Norris Scherer Weinberger & Wolmer
712 U.S. Highway 1, Suite 400
North Palm Beach, FL 33408
*Attorney for Creditor Denise McCann*

| | |
|---|---|
| Michael G. Austin, Esq.<br>maustin@mwe.com<br>Steven E. Siff, Esq.<br>ssiff@mwe.com<br>McDermott Will & Emery LLP<br>201 S. Biscayne Boulevard<br>Suite 2200<br>Miami, FL  33131-4336<br>Telephone:  305-347-6511<br>Facsimile:  305-347-6500<br>*Attorneys  for Defendants BSG Clearing Solutions, North America, LC, ACI Billing Services, Inc., d/b/a OAN, and Billing Concepts, Inc.* | Clay A. Holtsinger, Esq.<br>choltsin@kasslaw.com<br>Kass, Shuler, Solomon, Spector, Foyle & Singer, P.A.<br>P.O. Box 800<br>Tampa, FL  33601<br>Telephone:  813-229-0900 Ext. 1350<br>Facsimile:  813-229-3323<br>*Attorney for Wells Fargo Bank* |

**Via U.S. Mail**

| | |
|---|---|
| Willoughby Farr<br>Inmate No. 653974<br>Century Correctional Institution<br>400 Tedder Road<br>Century, Florida 32535-3659<br>*Defendant, Pro Se* | Mary Lou Farr<br>c/o James Stonehill<br>1006 Churchill Circle South<br>West Palm Beach, FL  33405<br>Telephone:  561-582-2876<br>*Defendant, Pro Se* |

David R. Chase, P.A., Receiver
Law Office of David R. Chase
1700 East Las Olas Boulevard
Penthouse Two
Fort Lauderdale, FL 33301