# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:07-mc-219** |
| | ) | |
| **NATIONWIDE CONNECTIONS,** | ) | |
| **INC., ET AL.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Brian A. Coleman as counsel in this case for non-party movant Robert J. Katt.

I certify that I am admitted to practice in this Court.

Respectfully submitted,


By: /s/ Brian A. Coleman
  Brian A. Coleman (D.C. Bar No. 459201)
  DRINKER BIDDLE & REATH LLP
  1500 K Street, N.W., Suite 1100
  Washington, D.C. 20005-1209
  Telephone: 202/842-8800
  Facsimile: 202/842-8465

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2007, a copy of the above Entry of Appearance was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Brian A. Coleman
Brian A. Coleman