**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>          **Plaintiff,**<br><br>    **v.**<br><br>**NATIONWIDE CONNECTIONS, INC., ET AL.**<br><br>          **Defendants.** | 1:07-mc-00219-JDB |

### STATUS REPORT REGARDING RESPONSE TO
### ROBERT J. KATT'S MOTION TO QUASH

Robert J. Katt and Defendants Billing Concepts, Inc., ACI Billing Services, Inc., d/b/a OAN , and BSG Clearing Solutions North America (collectively "BSG") hereby advise the Court that they are continuing discussions related the subpoena served on Mr. Katt by BSG and are working to resolve their differences without the need for further involvement of the Court. The parties agree that in the event they are unable to reach agreement on their differences BSG's response to Mr. Katt's Motion to Quash shall be filed by June 26, 2006.

DATED: June 13, 2007

[signatures on following page]

      /s/ Kristen C. Limarzi
_____

Kevin M. Dinan (DC Bar # 406627)
(kdinan@kslaw.com)
Kristen C. Limarzi (DC Bar # 485011)
(klimarzi@kslaw.com)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706
Tel.: (202) 737-0500
Fax: (202) 626-3737
*Counsel for Billing Concepts, Inc. ("BCI"), ACI Billing Services, Inc., d/b/a OAN ("ACI"), and BSG Clearing Solutions North America*


      /s/ Brian A. Coleman
_____
Brian A. Coleman (DC Bar # 459201)
(Brian.Coleman@dbr.com)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, DC 20005-1209
(202) 842-8868
(202) 842-8465 fax
*Counsel for Robert J. Katt*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 13, 2007, I served the following document on counsel and parties to this case identified on the attached Service List, either via email or via first class mail.

                                                /s/ John-David H. Thomas

**Via Electronic Mail**

Brian A. Coleman, Esq.
(Brian.Coleman@dbr.com)
DrinkerBiddle
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8868
(202) 842-8465 fax
Counsel for Robert J. Katt

| | |
|---|---|
| Laura M. Kim, Esq.<br>lkim@ftc.gov and ereid@ftc.gov<br>Michael J. Davis, Esq.<br>mdavis@ftc.gov<br>Collot Guerard, Esq.<br>Cguerard@ftc.gov and cguerard@comcast.net<br>Lisa Fialco, Esq.<br>lfialco@ftc.gov<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W., Room 288<br>Washington, DC 20580<br>Telephone: 202-362-3734<br>Facsimile: 202/326-3395<br>*Attorneys for the Federal Trade Commission* | Jeffrey Schneider, Esq.<br>JCS@tewlaw.com<br>Michelle Visiedo-Hidalgo, Esq.<br>mtv@tewlaw.com<br>Tew Cardenas LLP<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131-3407<br>Telephone: 305-539-2481<br>Facsimile: 305-536-1116<br>*Attorneys for Receiver David R. Chase* |
| Mark D. Johnson, Esq.<br>markdjohnsonpa@bellsouth.net<br>10 Central Parkway, Suite 210<br>Stuart, FL 34994<br>Telephone: 772-223-7700<br>Facsimile: 772-223-1177<br>*Attorney for Defendants Yaret Garcia, Qaadir Kaid, and Erika Riaboukha* | Gary M. Dunkel, Esq.<br>dunkelg@gtlaw.com<br>Greenburg Traurig<br>777 S. Flagler Drive, Suite 300E<br>West Palm Beach, FL 33401<br>Telephone: 561-650-7900<br>Facsimile: 561-655-6222<br>*Attorney for BHD/WEB, LLC* |

Thomas G. Long, Esq.
tlong@barnettbolt.com
Hildegund P. Wanders, Esq.
hwanders@barnettbolt.com
Barnett, Bolt, Kirkwood, Long
601 Bayshore Blvd., Suite 700
Tampa, FL 33606
Telephone: 813-253-2020
Facsimile: 813-251-6711
*Attorneys for BMW Financial Services*

Diane Noller Wells, Esq.
dwells@devinegoodman.com
Devine Goodman Pallot & Wells, P.A.
777 Brickell Avenue, Suite 850
Miami, FL 33131
Telephone: 305-374-8200
Facsimile: 305-374-8208
*Attorney for Second Churchill Way, LLC*

Steve Lancellotta, Esq.
slancellotta@tighepatton.com
Richard Gordin, Esq.
rgordin@tighepatton.com
Neal Goldfarb, Esq.
ngoldfarb@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202-565-2881
Facsimile: 202-454-2805
*Attorneys for Defendant The Billing Resource, d/b/a Integretel*

Michael Woodbury, Esq.
Michael.woodbury@woodbury-santiago.com
Woodbury & Santiago, P.A.
Two Datran Center - Penthouse 1A
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: 305-669-9570
Facsimile: 305-669-8616
*Attorney for Grunspan Trust, et al.*

Jerry M. Markowitz, Esq.
jmarkowitz@mdrtlaw.com
Ross R. Hartog, Esq.
rhartog@mdrtlaw.com
Two Datran Center, Suite 1225
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: 305-670-5000
Facsimile: 305-670-5011
*Attorneys for First Churchill Way, LLC*

Martin John Alexander
marty.alexander@hklaw.com
Scott B. Newman, Esq.
scott.newman@hklaw.com
Holland & Knight
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401
Telephone: 561-650-8036
Facsimile: 561-650-8399
*Attorneys for Defendant The Billing Resource, d/b/a Integretel*

Chad A. Dean, Esq.
chad@schuylaw.com
118 W. Adams Street, #800
Jacksonville, FL 32202
Telephone: 904-353-5884
Facsimile: 904-353-5994
*Attorney for Primus Automotive Financial Services and Ford Motor Credit Co.*

Robert M. Weinberger, Esq.
rmw@fcohenlaw.com
Cohen Norris Scherer Weinberger & Wolmer
712 U.S. Highway 1, Suite 400
North Palm Beach, FL 33408
*Attorney for Creditor Denise McCann*

Michael G. Austin, Esq.  
maustin@mwe.com  
Steven E. Siff, Esq.  
ssiff@mwe.com  
McDermott Will & Emery LLP  
201 S. Biscayne Boulevard  
Suite 2200  
Miami, FL  33131-4336  
Telephone:  305-347-6511  
Facsimile:  305-347-6500  
*Attorneys  for Defendants BSG Clearing Solutions, North America, LC, ACI Billing Services, Inc., d/b/a OAN, and Billing Concepts, Inc.*

Clay A. Holtsinger, Esq.  
choltsin@kasslaw.com  
Kass, Shuler, Solomon, Spector, Foyle & Singer, P.A.  
P.O. Box 800  
Tampa, FL  33601  
Telephone:  813-229-0900 Ext. 1350  
Facsimile:  813-229-3323  
*Attorney for Wells Fargo Bank*

**Via U.S. Mail**

Willoughby Farr  
Inmate No. 653974  
Century Correctional Institution  
400 Tedder Road  
Century, Florida 32535-3659  
*Defendant, Pro Se*

Mary Lou Farr  
c/o James Stonehill  
1006 Churchill Circle South  
West Palm Beach, FL  33405  
Telephone:  561-582-2876  
*Defendant, Pro Se*

David R. Chase, P.A., Receiver  
Law Office of David R. Chase  
1700 East Las Olas Boulevard  
Penthouse Two  
Fort Lauderdale, FL 33301