**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                                      **Plaintiff,**<br><br>                    v.<br><br>**NATIONWIDE CONNECTIONS, INC., ET AL.**<br><br>                                      **Defendants.** | 1:07-mc-00219-JDB |

**CONSENT MOTION TO EXTEND THE TIME FOR BSG
TO RESPOND TO ROBERT J. KATT'S MOTION TO QUASH**

Robert J. Katt and Defendants Billing Concepts, Inc., ACI Billing Services, Inc., d/b/a OAN , and BSG Clearing Solutions North America (collectively "BSG") hereby submit this Consent Motion seeking a short extension of the date for BSG's response to Mr. Katt's Motion to Quash.  The parties are requesting this extension because they believe they have reached agreement on the issues raised in Mr. Katt's Motion to Quash.  The parties expect to reach a formal resolution early next week without the need for further involvement of the Court  Therefore the parties respectfully request a short extension of the date on which BSG must file its opposition to Monday, July 9, 2006.

DATED: June 26, 2007

[signatures on following page]

      /s/ Kristen C. Limarzi

Kevin M. Dinan (DC Bar # 406627)
(kdinan@kslaw.com)
Kristen C. Limarzi (DC Bar # 485011)
(klimarzi@kslaw.com)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706
Tel.: (202) 737-0500
Fax: (202) 626-3737
*Counsel for Billing Concepts, Inc. ("BCI"), ACI Billing Services, Inc., d/b/a OAN ("ACI"), and BSG Clearing Solutions North America*

      /s/ Brian A. Coleman

Brian A. Coleman, Esq.
(Brian.Coleman@dbr.com)
DrinkerBiddle
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8868
(202) 842-8465 fax
*Counsel for Robert J. Katt*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on June 26, 2007, I served the following document on counsel and parties to this case identified on the attached Service List, either via email or via first class mail.

                     /s/ John-David H. Thomas


**Via Electronic Mail**

Brian A. Coleman, Esq.
(Brian.Coleman@dbr.com)
DrinkerBiddle
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8868
(202) 842-8465 fax
Counsel for Robert J. Katt

Laura M. Kim, Esq.
lkim@ftc.gov and ereid@ftc.gov
Michael J. Davis, Esq.
mdavis@ftc.gov
Collot Guerard, Esq.
Cguerard@ftc.gov and cguerard@comcast.net
Lisa Fialco, Esq.
lfialco@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, N.W., Room 288
Washington, DC  20580
Telephone:  202-362-3734
Facsimile:  202/326-3395
*Attorneys for the Federal Trade Commission*

Jeffrey Schneider, Esq.
JCS@tewlaw.com
Michelle Visiedo-Hidalgo, Esq.
mtv@tewlaw.com
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL  33131-3407
Telephone:  305-539-2481
Facsimile:  305-536-1116
*Attorneys for Receiver David R. Chase*

Mark D. Johnson, Esq.
markdjohnsonpa@bellsouth.net
10 Central Parkway, Suite 210
Stuart, FL  34994
Telephone:  772-223-7700
Facsimile: 772-223-1177
*Attorney for Defendants Yaret Garcia, Qaadir Kaid, and Erika Riaboukha*

Gary M. Dunkel, Esq.
dunkelg@gtlaw.com
Greenburg Traurig
777 S. Flagler Drive, Suite 300E
West Palm Beach, FL  33401
Telephone:  561-650-7900
Facsimile:  561-655-6222
*Attorney for BHD/WEB, LLC*

Thomas G. Long, Esq.
tlong@barnettbolt.com
Hildegund P. Wanders, Esq.
hwanders@barnettbolt.com
Barnett, Bolt, Kirkwood, Long
601 Bayshore Blvd., Suite 700
Tampa, FL 33606
Telephone: 813-253-2020
Facsimile: 813-251-6711
*Attorneys for BMW Financial Services*

Diane Noller Wells, Esq.
dwells@devinegoodman.com
Devine Goodman Pallot & Wells, P.A.
777 Brickell Avenue, Suite 850
Miami, FL 33131
Telephone: 305-374-8200
Facsimile: 305-374-8208
*Attorney for Second Churchill Way, LLC*

Steve Lancellotta, Esq.
slancellotta@tighepatton.com
Richard Gordin, Esq.
rgordin@tighepatton.com
Neal Goldfarb, Esq.
ngoldfarb@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202-565-2881
Facsimile: 202-454-2805
*Attorneys for Defendant The Billing Resource, d/b/a Integretel*

Michael Woodbury, Esq.
Michael.woodbury@woodbury-santiago.com
Woodbury & Santiago, P.A.
Two Datran Center - Penthouse 1A
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: 305-669-9570
Facsimile: 305-669-8616
*Attorney for Grunspan Trust, et al.*

Jerry M. Markowitz, Esq.
jmarkowitz@mdrtlaw.com
Ross R. Hartog, Esq.
rhartog@mdrtlaw.com
Two Datran Center, Suite 1225
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: 305-670-5000
Facsimile: 305-670-5011
*Attorneys for First Churchill Way, LLC*

Martin John Alexander
marty.alexander@hklaw.com
Scott B. Newman, Esq.
scott.newman@hklaw.com
Holland & Knight
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401
Telephone: 561-650-8036
Facsimile: 561-650-8399
*Attorneys for Defendant The Billing Resource, d/b/a Integretel*

Chad A. Dean, Esq.
chad@schuylaw.com
118 W. Adams Street, #800
Jacksonville, FL 32202
Telephone: 904-353-5884
Facsimile: 904-353-5994
*Attorney for Primus Automotive Financial Services and Ford Motor Credit Co.*

Robert M. Weinberger, Esq.
rmw@fcohenlaw.com
Cohen Norris Scherer Weinberger & Wolmer
712 U.S. Highway 1, Suite 400
North Palm Beach, FL 33408
*Attorney for Creditor Denise McCann*

| | |
|---|---|
| Michael G. Austin, Esq.<br>maustin@mwe.com<br>Steven E. Siff, Esq.<br>ssiff@mwe.com<br>McDermott Will & Emery LLP<br>201 S. Biscayne Boulevard<br>Suite 2200<br>Miami, FL  33131-4336<br>Telephone:  305-347-6511<br>Facsimile:  305-347-6500<br>*Attorneys  for Defendants BSG Clearing Solutions,*<br>*North America, LC, ACI Billing Services, Inc.,*<br>*d/b/a OAN, and Billing Concepts, Inc.* | Clay A. Holtsinger, Esq.<br>choltsin@kasslaw.com<br>Kass, Shuler, Solomon, Spector, Foyle &<br>Singer, P.A.<br>P.O. Box 800<br>Tampa, FL  33601<br>Telephone:  813-229-0900 Ext. 1350<br>Facsimile:  813-229-3323<br>*Attorney for Wells Fargo Bank* |

**Via U.S. Mail**

| | |
|---|---|
| Willoughby Farr<br>Inmate No. 653974<br>Century Correctional Institution<br>400 Tedder Road<br>Century, Florida 32535-3659<br>*Defendant, Pro Se* | Mary Lou Farr<br>c/o James Stonehill<br>1006 Churchill Circle South<br>West Palm Beach, FL  33405<br>Telephone:  561-582-2876<br>*Defendant, Pro Se* |
| David R. Chase, P.A., Receiver<br>Law Office of David R. Chase<br>1700 East Las Olas Boulevard<br>Penthouse Two<br>Fort Lauderdale, FL 33301 | |