## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NATIONWIDE CONNECTIONS, INC., ET AL.**<br><br>**Defendants.** | **1:07-mc-00219-JDB** |

## CONSENT MOTION TO EXTEND THE TIME FOR BSG TO RESPOND TO ROBERT J. KATT'S MOTION TO QUASH

Robert J. Katt and Defendants Billing Concepts, Inc., ACI Billing Services, Inc., d/b/a OAN , and BSG Clearing Solutions North America (collectively "BSG") hereby submit this Consent Motion seeking a short extension of the date for BSG's response to Mr. Katt's Motion to Quash.  Pursuant to an earlier agreement and order, BSG was to have filed its response with the Court by July 9, 2007.  The parties are requesting this extension because they believe they have reached agreement on the issues raised in Mr. Katt's Motion to Quash, obviating the need for further involvement of the Court.  The parties therefore respectfully request a short extension of the date on which BSG must file its opposition, to Wednesday, July 18, 2007.

DATED: July 11, 2007

[signatures on following page]

_____/s/ Kristen C. Limarzi_____

Kevin M. Dinan (DC Bar # 406627)
(kdinan@kslaw.com)
Kristen C. Limarzi (DC Bar # 485011)
(klimarzi@kslaw.com)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-4706
Tel.:  (202) 737-0500
Fax:  (202) 626-3737
*Counsel for Billing Concepts, Inc. ("BCI"), ACI Billing Services, Inc., d/b/a OAN ("ACI"), and BSG Clearing Solutions North America*


_____/s/ Brian A. Coleman_____
Brian A. Coleman, Esq.
(Brian.Coleman@dbr.com)
DrinkerBiddle
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8868
(202) 842-8465 fax
*Counsel for Robert J. Katt*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 11, 2007, I served the following document on counsel

and parties to this case identified on the attached Service List, either via email or via first class

mail.

_____ /s/ Joshua D. Pollack _____

### <u>Via Electronic Mail</u>

Brian A. Coleman, Esq.
(Brian.Coleman@dbr.com)
DrinkerBiddle
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8868
(202) 842-8465 fax
Counsel for Robert J. Katt

Laura M. Kim, Esq.
lkim@ftc.gov and ereid@ftc.gov
Michael J. Davis, Esq.
mdavis@ftc.gov
Collot Guerard, Esq.
Cguerard@ftc.gov and cguerard@comcast.net
Lisa Fialco, Esq.
lfialco@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, N.W., Room 288
Washington, DC 20580
Telephone: 202-362-3734
Facsimile: 202/326-3395
*Attorneys for the Federal Trade Commission*

Jeffrey Schneider, Esq.
JCS@tewlaw.com
Michelle Visiedo-Hidalgo, Esq.
mtv@tewlaw.com
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
Telephone: 305-539-2481
Facsimile: 305-536-1116
*Attorneys for Receiver David R. Chase*

Mark D. Johnson, Esq.
markdjohnsonpa@bellsouth.net
10 Central Parkway, Suite 210
Stuart, FL 34994
Telephone: 772-223-7700
Facsimile: 772-223-1177
*Attorney for Defendants Yaret Garcia, Qaadir Kaid, and Erika Riaboukha*

Andrew S. Alitowski, Esq.
andrew@wjlawyers.com
Wedderburn, Jacobs &Alitowski, PA
16300 NE 19th Avenue, Suite 244
North Miami Beach, FL 33162
Telephone: 305-919-9222
Facsimile: 305-919-9880
*Attorney for Grunspan Trust, et al.*

Thomas G. Long, Esq.
tlong@barnettbolt.com
Hildegund P. Wanders, Esq.
hwanders@barnettbolt.com
Barnett, Bolt, Kirkwood, Long
601 Bayshore Blvd., Suite 700
Tampa, FL 33606
Telephone: 813-253-2020
Facsimile: 813-251-6711
*Attorneys for BMW Financial Services*

Diane Noller Wells, Esq.
dwells@devinegoodman.com
Devine Goodman Pallot & Wells, P.A.
777 Brickell Avenue, Suite 850
Miami, FL 33131
Telephone: 305-374-8200
Facsimile: 305-374-8208
*Attorney for Second Churchill Way, LLC*

Steve Lancellotta, Esq.
slancellotta@tighepatton.com
Richard Gordin, Esq.
rgordin@tighepatton.com
Neal Goldfarb, Esq.
ngoldfarb@tighepatton.com
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202-565-2881
Facsimile: 202-454-2805
*Attorneys for Defendant The Billing Resource,
d/b/a Integretel*

Michael Woodbury, Esq.
Michael.woodbury@woodbury-santiago.com
Woodbury & Santiago, P.A.
Two Datran Center - Penthouse 1A
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: 305-669-9570
Facsimile: 305-669-8616
*Attorney for Grunspan Trust, et al.*

Gary M. Dunkel, Esq.
dunkelg@gtlaw.com
Greenburg Traurig
777 S. Flagler Drive, Suite 300E
West Palm Beach, FL 33401
Telephone: 561-650-7900
Facsimile: 561-655-6222
*Attorney for BHD/WEB, LLC*

Jerry M. Markowitz, Esq.
jmarkowitz@mdrtlaw.com
Ross R. Hartog, Esq.
rhartog@mdrtlaw.com
Two Datran Center, Suite 1225
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: 305-670-5000
Facsimile: 305-670-5011
*Attorneys for First Churchill Way, LLC*

Martin John Alexander
marty.alexander@hklaw.com
Scott B. Newman, Esq.
scott.newman@hklaw.com
Holland & Knight
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401
Telephone: 561-650-8036
Facsimile: 561-650-8399
*Attorneys for Defendant The Billing Resource,
d/b/a Integretel*

Chad A. Dean, Esq.
chad@schuylaw.com
118 W. Adams Street, #800
Jacksonville, FL 32202
Telephone: 904-353-5884
Facsimile: 904-353-5994
*Attorney for Primus Automotive Financial
Services and Ford Motor Credit Co.*

Michael G. Austin, Esq.
maustin@mwe.com
Steven E. Siff, Esq.
ssiff@mwe.com
McDermott Will & Emery LLP
201 S. Biscayne Boulevard
Suite 2200
Miami, FL  33131-4336
Telephone:  305-347-6511
Facsimile:  305-347-6500
*Attorneys for Defendants Billing
Concepts, Inc., ACI Billing Services,
Inc., d/b/a OAN and BSG Clearing Solutions
North America, LLC*

Wm. David Newman, Jr., Esq.
david.newman@marshallwatson.com
Law Offices of Marshall C. Watson. P.A.
1800 NW 49th Street, Suite 120
Fort Lauderdale, FL  33309
Telephone:  954-453-0365
Facsimile:  954-771-6052
*Attorney for Wells Fargo Bank*

Robert M. Weinberger, Esq.
rmw@fcohenlaw.com
Cohen Norris Scherer Weinberger & Wolmer
712 U.S. Highway 1, Suite 400
North Palm Beach, FL  33408
*Attorney for Creditor Denise McCann*

## Via U.S. Mail

Willoughby Farr
DC # 653974
Avon Park Correctional Institution
P.O Box 1100
County Road 64 East
Avon Park, Florida 33826-1100
*Defendant, Pro Se*

David R. Chase, Receiver
David R. Chase, P.A.
Wachovia Center - Penthouse
1909 Tyler Street
Hollywood, FL  33020

Mary Lou Farr
c/o James Stonehill
1006 Churchill Circle South
West Palm Beach, FL  33405
Telephone:  561-582-2876
*Defendant, Pro Se*