## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>                        **Plaintiff,**<br><br>            v.<br><br>**NATIONWIDE CONNECTIONS, INC., ET AL.**<br><br>                       **Defendants.** | 1:07-mc-00219-JDB |

## STIPULATION REGARDING COMPLIANCE WITH SUBPOENA AND WITHDRAWAL OF ROBERT J. KATT'S MOTION TO QUASH

The parties to this miscellaneous action, to wit, Robert J. Katt and Defendants Billing Concepts, Inc., ACI Billing Services, Inc., d/b/a OAN, and BSG Clearing Solutions North America, by and through their respective counsel, hereby stipulate and agree that they have reached a full and final resolution as to Mr. Katt's compliance with the Defendants' subpoena issued to him in this action, and that Mr. Katt's pending Motion to Quash likewise has been fully and finally resolved, and is hereby withdrawn by Mr. Katt.

The parties further stipulate that, all outstanding matters having been resolved, this miscellaneous action may be marked as closed.

DATED: July 23, 2007

[signatures on following page]

      /s/ Kristen C. Limarzi

Kevin M. Dinan (DC Bar # 406627)
(kdinan@kslaw.com)
Kristen C. Limarzi (DC Bar # 485011)
(klimarzi@kslaw.com)
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-4706
Tel.:  (202) 737-0500
Fax:  (202) 626-3737
*Counsel for Billing Concepts, Inc. ("BCI"), ACI Billing Services, Inc., d/b/a OAN ("ACI"), and BSG Clearing Solutions North America*


      /s/ Brian A. Coleman

Brian A. Coleman (DC Bar # 459201)
(Brian.Coleman@dbr.com)
Drinker Biddle & Reath LLP
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8868
(202) 842-8465 fax
*Counsel for Robert J. Katt*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2007, I served the following document on counsel and parties to this case identified on the attached Service List, either via email or via first class mail.

/s/ John-David H. Thomas

**Via Electronic Mail**

Brian A. Coleman, Esq.
(Brian.Coleman@dbr.com)
DrinkerBiddle
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8868
(202) 842-8465 fax
Counsel for Robert J. Katt

Laura M. Kim, Esq.
lkim@ftc.gov and ereid@ftc.gov
Michael J. Davis, Esq.
mdavis@ftc.gov
Collot Guerard, Esq.
Cguerard@ftc.gov and cguerard@comcast.net
Lisa Fialco, Esq.
lfialco@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, N.W., Room 288
Washington, DC 20580
Telephone: 202-362-3734
Facsimile: 202/326-3395
*Attorneys for the Federal Trade Commission*

Jeffrey Schneider, Esq.
JCS@tewlaw.com
Michelle Visiedo-Hidalgo, Esq.
mtv@tewlaw.com
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
Telephone: 305-539-2481
Facsimile: 305-536-1116
*Attorneys for Receiver David R. Chase*

Mark D. Johnson, Esq.
markdjohnsonpa@bellsouth.net
10 Central Parkway, Suite 210
Stuart, FL 34994
Telephone: 772-223-7700
Facsimile: 772-223-1177
*Attorney for Defendants Yaret Garcia, Qaadir Kaid, and Erika Riaboukha*

Gary M. Dunkel, Esq.
dunkelg@gtlaw.com
Greenburg Traurig
777 S. Flagler Drive, Suite 300E
West Palm Beach, FL 33401
Telephone: 561-650-7900
Facsimile: 561-655-6222
*Attorney for BHD/WEB, LLC*

Thomas G. Long, Esq.  
tlong@barnettbolt.com  
Hildegund P. Wanders, Esq.  
hwanders@barnettbolt.com  
Barnett, Bolt, Kirkwood, Long  
601 Bayshore Blvd., Suite 700  
Tampa, FL 33606  
Telephone: 813-253-2020  
Facsimile: 813-251-6711  
*Attorneys for BMW Financial Services*

Diane Noller Wells, Esq.  
dwells@devinegoodman.com  
Devine Goodman Pallot & Wells, P.A.  
777 Brickell Avenue, Suite 850  
Miami, FL 33131  
Telephone: 305-374-8200  
Facsimile: 305-374-8208  
*Attorney for Second Churchill Way, LLC*

Steve Lancellotta, Esq.  
slancellotta@tighepatton.com  
Richard Gordin, Esq.  
rgordin@tighepatton.com  
Neal Goldfarb, Esq.  
ngoldfarb@tighepatton.com  
Tighe Patton Armstrong Teasdale, PLLC  
1747 Pennsylvania Avenue, NW  
Washington, DC 20006  
Telephone: 202-565-2881  
Facsimile: 202-454-2805  
*Attorneys for Defendant The Billing Resource, d/b/a Integretel*

Michael Woodbury, Esq.  
Michael.woodbury@woodbury-santiago.com  
Woodbury & Santiago, P.A.  
Two Datran Center - Penthouse 1A  
9130 South Dadeland Boulevard  
Miami, FL 33156  
Telephone: 305-669-9570  
Facsimile: 305-669-8616  
*Attorney for Grunspan Trust, et al.*

Jerry M. Markowitz, Esq.  
jmarkowitz@mdrtlaw.com  
Ross R. Hartog, Esq.  
rhartog@mdrtlaw.com  
Two Datran Center, Suite 1225  
9130 South Dadeland Boulevard  
Miami, FL 33156  
Telephone: 305-670-5000  
Facsimile: 305-670-5011  
*Attorneys for First Churchill Way, LLC*

Martin John Alexander  
marty.alexander@hklaw.com  
Scott B. Newman, Esq.  
scott.newman@hklaw.com  
Holland & Knight  
222 Lakeview Avenue  
Suite 1000  
West Palm Beach, FL 33401  
Telephone: 561-650-8036  
Facsimile: 561-650-8399  
*Attorneys for Defendant The Billing Resource, d/b/a Integretel*

Chad A. Dean, Esq.  
chad@schuylaw.com  
118 W. Adams Street, #800  
Jacksonville, FL 32202  
Telephone: 904-353-5884  
Facsimile: 904-353-5994  
*Attorney for Primus Automotive Financial Services and Ford Motor Credit Co.*

Robert M. Weinberger, Esq.  
rmw@fcohenlaw.com  
Cohen Norris Scherer Weinberger & Wolmer  
712 U.S. Highway 1, Suite 400  
North Palm Beach, FL 33408  
*Attorney for Creditor Denise McCann*

Michael G. Austin, Esq.
maustin@mwe.com
Steven E. Siff, Esq.
ssiff@mwe.com
McDermott Will & Emery LLP
201 S. Biscayne Boulevard
Suite 2200
Miami, FL  33131-4336
Telephone:  305-347-6511
Facsimile:  305-347-6500
*Attorneys  for Defendants BSG Clearing Solutions, North America, LC, ACI Billing Services, Inc., d/b/a OAN, and Billing Concepts, Inc.*

Clay A. Holtsinger, Esq.
choltsin@kasslaw.com
Kass, Shuler, Solomon, Spector, Foyle & Singer, P.A.
P.O. Box 800
Tampa, FL  33601
Telephone:  813-229-0900 Ext. 1350
Facsimile:  813-229-3323
*Attorney for Wells Fargo Bank*

**Via U.S. Mail**

Willoughby Farr
Inmate No. 653974
Century Correctional Institution
400 Tedder Road
Century, Florida 32535-3659
*Defendant, Pro Se*

Mary Lou Farr
c/o James Stonehill
1006 Churchill Circle South
West Palm Beach, FL  33405
Telephone:  561-582-2876
*Defendant, Pro Se*

David R. Chase, P.A., Receiver
Law Office of David R. Chase
1700 East Las Olas Boulevard
Penthouse Two
Fort Lauderdale, FL 33301